# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
73 MAP 2017

COMMONWEALTH OF PENNSYLVANIA,   :   No. 309 MAL 2017

                Petitioner   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

        v.   :

KATHLEEN E. BRADDOCK,   :

                Respondent   :

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of November, 2017, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as framed by the Commonwealth, is as follows:

> Whether the Superior Court, relying on *Commonwealth v. Giron*, 155 A.3d 635 (Pa. Super. 2017), improperly expanded the illegal sentencing doctrine when it vacated Braddock's sentence on a non-preserved constitutional issue, holding that *Birchfield v. North Dakota*, 136 S.Ct. 2160 (2016), rendered enhanced penalties under 75 Pa.C.S. §§ 3803-3804 illegal, even though *Birchfield* recognized exigent circumstances or a search warrant can still justify increased penalties for a blood test refusal?